In the Matter of the Petition of the QUEENS COUNTY BAR ASSOCIATION for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— Motion for judicial inquiry as to certain practices of

attorneys granted. Order signed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.